**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

GENESIS GSA STRATEGIC ONE, LLC,

    *Plaintiff*,

v.

HOWARD COUNTY GOVERNMENT, *et al.*,

    *Defendants*

Case No. 26-cv-915

**ORDER**

On June 4, 2026, the Court issued an order that included a briefing schedule for any motions filed by Plaintiff or Defendants. ECF No. 38. On June 5, 2026, Plaintiff filed an Emergency Motion to Amend the Court's June 4 Order, requesting that the briefing schedule as to the motion for preliminary injunction be within a shorter time frame and to set any hearing on the supplemental information on June 16 or June 17, 2026. ECF No. 42 at 2. The Court ordered Defendants to respond to the motion by 12:00 p.m. ET on June 9, 2026 and noted its unavailability to conduct a hearing prior to June 26, 2026. ECF No. 44.

On June 8, the State of Maryland filed a response in opposition to Plaintiff's motion to amend, noting that Plaintiff had not notified the State of its argument regarding the constitutionality of a state statute until June 8, 2026, which under Federal Rule of Civil Procedure 5.1 would typically give the State sixty days to respond. ECF No. 45. The State thus requests that the Court deny Plaintiff's request for expedited briefing and instead set June 25 as the deadline for the State to respond to Plaintiff's filings—a deadline initially contemplated by the June 4 order. *Id.* at 3–4. The State further notes its limited availability for a hearing from June 26 to June 28 and

1

from July 3 to July 14 and request that the parties consult with the State for any proposed hearing schedule. *Id*. at 4.

Howard County Defendants filed a response on June 9, 2026, requesting that the Court deny the emergency motion to amend and maintain the deadlines previously set in the June 4 order. ECF No. 46.

The Court hereby ORDERS as follows:

1.     Plaintiff's emergency motion to amend the Court's June 4 Order (ECF No. 42) is GRANTED IN PART and DENIED IN PART;

   a.     The remaining deadlines in the June 4 Order (ECF No. 38) are hereby amended as follows:

      i.     Howard County Defendants shall file a response to the supplement to the motion for preliminary injunction (ECF No. 41) as well as any new motion to dismiss as to the amended complaint (ECF No. 40) on or before **June 22, 2026**;

      ii.     Should the State of Maryland wish to file any briefing related to the constitutionality of Md. Code Ann., Correctional Servs. Art., § 1-102(b) as applied to the Elkridge property, it shall do so on or before **June 25, 2026**;

      iii.     Plaintiff shall file a response to any motion to dismiss filed by Howard County Defendants as well as a response to any brief filed by the State of Maryland on or before **June 29, 2026**; and

2

    iv.    Howard County Defendants may file a reply brief to any motion to dismiss on or before **12:00 p.m. on July 1, 2026**;

2.    The Court will hold a motions hearing on **July 2, 2026 at 10:00 a.m.** in Courtroom 7D in the Edward Garmatz United States Courthouse in Baltimore, Maryland.

Date:  June 9, 2026

                        **/s/**
                        Adam B. Abelson
                        United States District Judge