## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GENESIS GSA STRATEGIC ONE, LLC,

    *Plaintiff*,

v.

HOWARD COUNTY, *et al.*,

    *Defendants*.

Case No. 26-cv-915

## ORDER

Upon consideration of Genesis's motion for preliminary injunction (ECF No. 16) and supplement to the motion (ECF No. 41), Defendants' motion to dismiss the amended complaint (ECF No. 55), all briefs filed therefrom, and the Court having held hearings in this case on May 14, 2026 and July 2, 2026, and for the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS as follows:

1. Genesis's motion for preliminary injunction (ECF No. 16) is GRANTED;

2. Howard County Defendants' motion to dismiss (ECF No. 55) is GRANTED IN PART and DENIED IN PART;

   a. The motion is granted as to Counts 2 and 3;

   b. The motion is granted on all counts as to Defendants Howard County Department of Inspections, Licenses and Permits and Councilmembers Opel Jones, Christiana Rigby, Deb Jung, Liz Walsh, and David Yungmann;

   c. The motion is denied as to Count 1;

3. Counts 2 and 3 are DISMISSED WITHOUT PREJUDICE;

4. The remaining Defendants' answer with respect to Count 1 is due **August 24, 2026**, *see* Fed. R. Civ. P. 12(a)(4)(A), after which the Court will file a

1

proposed scheduling order;

5. Also by **August 24, 2026**, the parties shall file a joint status report indicating their positions on deadlines for discovery (including expert discovery) and dispositive motions; and

6. The Clerk is directed to TERMINATE Defendants Howard County Department of Inspections, Licenses and Permits and Councilmembers Opel Jones, Christiana Rigby, Deb Jung, Liz Walsh, and David Yungmann from the case.

Date:  August 10, 2026

_____/s/_____
Adam B. Abelson
United States District Judge