## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GENESIS GSA STRATEGIC ONE, LLC,

     *Plaintiff,*

v.

HOWARD COUNTY, *et al.,*

     *Defendants.*

Case No. 26-cv-915

## PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, the Court hereby ORDERS as follows:

1.     The February 2, 2026 Revocation Letter by the Howard County Department of Inspections, Licenses and Permits revoking Permit Number B24003712 and the February 2, 2026 email by the Howard County Department of Inspections, Licenses and Permits revoking Permit Number B24003712 are VACATED;

2.     Construction Alteration Permit Numbers B24004317 (issued February 18, 2025) and B24003712 (issued August 5, 2025) are REINSTATED;

3.     Defendants and their agents and employees are hereby ENJOINED from enforcing Md. Code Ann., Corr. Servs. § 1-102(b) against Genesis related to the Elkridge Property located at 6522 Meadowridge Road, Elkridge, Maryland; and

4.     Genesis shall file proof of bond in the amount of $20,000 within 14 days of this Preliminary Injunction, to cover any "costs and damages sustained by any party found to have been wrongfully enjoined or restrained," *see* Fed. R. Civ. P. 65(c).

Date:  August 10, 2026

                              **/s/**
                             Adam B. Abelson
                             United States District Judge