**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **GENESIS GSA STRATEGIC ONE, LLC** | * |
| **Plaintiff,** | * |
| **vs.** | * **Civil Action No.: 1:26-cv-915 (ABA)** |
| **HOWARD COUNTY GOVERNMENT, *et al.*** | * |
| | * |
| **Defendants.** | * |

**************************************

# NOTICE OF APPEAL

Notice is hereby given that Defendants Howard County, Maryland; Calvin B. Ball III, in his official capacity as Howard County Executive; and Robert J. Frances, in his official capacity as Director of the Howard County Department of Inspections, Licenses and Permits (collectively, "Defendants"), hereby appeal to the United States Court of Appeals for the Fourth Circuit from the following orders of the United States District Court for the District of Maryland (Abelson, J.), each entered on August 10, 2026:

1. the Preliminary Injunction (ECF No. 71), which vacated Defendants' February 2, 2026 revocation of Construction Alteration Permit Numbers B24004317 and B24003712, reinstated those permits, and enjoined Defendants from enforcing Md. Code Ann., Corr. Servs. § 1-102(b) against Plaintiff with respect to the property located at 6522 Meadowridge Road, Elkridge, Maryland; and
2. the accompanying Order (ECF No. 70) and Memorandum Opinion (ECF No. 69), to the extent they grant Plaintiff's motion for a preliminary injunction and deny Defendants' motion to dismiss Count 1 of the First Amended Complaint.

This Court has jurisdiction over the appeal pursuant to 28 U.S.C. § 1292(a)(1), which provides for appeal as of right from an interlocutory order granting a preliminary injunction.

Respectfully submitted,

HOWARD COUNTY OFFICE OF LAW

Gary W. Kuc
County Solicitor

/s/

David R. Moore Bar No. 26602
dmoore@howardcountymd.gov
Senior Assistant County Solicitor

/s/

Erin B. Purdy Bar No. 17275
Senior Assistant County Solicitor
epurdy@howardcountymd.gov
Carroll Building
3450 Court House Drive
Ellicott City, Maryland 21043
410.313.2104
410.313.3292 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on August 24th , 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/

David R. Moore Bar No. 26602
Senior Assistant County Solicitor